UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VALMIKI Ramani

Write the full name of each plaintiff.

23 -CV - 4596

(Include case number if one has been assigned)

-against-

C D BaBy
5925 NE 80 Ave
PORTLand
OREGON 97218

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

# COMPLAINT

Do you want a jury trial?
☒ Yes ☐ No

See attached Complaint and Discovery File

## NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2023 JUN -1 AM 10:18

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☒ **Federal Question**

☐ **Diversity of Citizenship**

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

THEFT of InteLectual PRoperty To PRofit from there of.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, ______________________________, is a citizen of the State of
(Plaintiff's name)

______________________________
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________________.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, ______________________, is a citizen of the State of
(Defendant's name)

______________________

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

______________________.

If the defendant is a corporation:

The defendant, C D BaBy, is incorporated under the laws of the State of OREgon and New Jersey

and has its principal place of business in the State of 5925 NE 80 Ave PortLand OR 97218

or is incorporated under the laws of (foreign state) ______________________

and has its principal place of business in ______________________.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

VALmiKi D Ramani

First Name Middle Initial Last Name

139-05 85 DR APT 6D

Street Address

BRIarwood NY 11435

County, City State Zip Code

718-291-2978 valmiki.d.r@Gmail.com

Telephone Number Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: CD BaBy

First Name Last Name

DISTRIbutoRS of Music

Current Job Title (or other identifying information)

5925 NE 80 Ave

Current Work Address (or other address where defendant may be served)

PoRtLand Oregon 97218

County, City State Zip Code

Defendant 2:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 3:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

Defendant 4:

First Name Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City State Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: New York City

Date(s) of occurrence: July 2020

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

Defendant was employed to distribute Musical work of Pldintiff world wide in stores and various platforms, except as plantiff stated, not to Youtube (See attached Discovery)
Defendant violated and breached agreement and gave a song to YouTube that they wanted so that they may promote through advertisment on said song for the platform of TICK TOK
~~Sattach~~ See Attached discovery File

This constitute breach of contract theft of intellectual property for company's gain.

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

I am asking the court to award me the sum of $75,000.01 for stated claim(s)

US Court
Southern District of New York
Valmiki Ramani
Plaintiff
v
CD Baby
Defendant

Complaint

(1) After YouTube took over my music video channel, my brother in Canada supported me in trying to sell my music digitally on line stores and platforms. The first choice was Ditto Music after taking my money and six songs, two weeks later they locked me out of my account and went on to exploit my music to their advantage. They had two of my songs on YouTube who were putting advertising on them, I turned to President Trump help to have the songs removed and they were.

(2) Then I turned to CD Baby paid them to distribute to their available stores and platforms, and made it clear I did not want my material on YouTube, so I never ticked off YouTube on CDBABY selection stores-platforms, as can be seen in the Discovery file. CD Baby proved to be very dishonest (see discovery File).

(3) Then I learned that they had defied me in

in the worst way. They gave my song titled Don't to YouTube who in turn used it to put ads for TICK Tock, see Discovery file. Eventually, I with drew all my singles and albums, and got CD Baby to pull back my Song Don't from YouTube.

I am seeking $.75,000 in compensatory and punetaive from the defendant for commiting Fraud, breach of contract, theft of intellectual Property and soliciting of such.

Defendant
CD Baby (new address)
5925 NE 80 Ave
Portland
Oregan 97218

Valmiki Ramani
Plaintiff
Valmiki Ramani
139-05 85 DR
APT 6D
Briarwood NY 11435
Email: valmiki.d.r@gmail.com

INDEX NO:

DISCOVERY

VALmiki Ramani
PLAINTIFF

against

CD BaBy
DeFendanT


YouTube
don't valmiki ramani
TikTok: For Business
Make videos in minutes with easy templates and tools.
CREATE NOW
0:39 / 3:01
Don't
9 views • Jul 22, 2020
1
0
SHARE
SAVE
SUBSCRIBE

https://mail.google.com/mail/u/0/#inbox/... Gmail - Your refund from DistroKid #339...

Download as PDF

Something wrong with the email? View it in your browser.
You're receiving this email because you made a purchase at DistroKid, which partners with Stripe to provide invoicing and payment processing.



From it to me!

**Valmiki Ramani** <valmiki.d.r@gmail.com> Mon, May 18, 2020 at 2:46 PM
To: DistroKid <support@distrokid.com>

And there is no income

Why don't you explain what these album extras represent, license cost, then you sold a lot of down loads and I am owed, explain!

as you can see they run ads on it

Valmiki.

this Song on youtube

Your maintenance fee is $1 per song per month.
[Quoted text hidden]

Never authorized the release of

**DistroKid** <support@distrokid.com> Mon, May 18, 2020 at 2:46 PM
Reply-To: DistroKid <support@distrokid.com>
To: Valmiki Ramani <valmiki.d.r@gmail.com>

##- Please type your reply above this line -##

Thanks for reaching out to DistroKid! This is an automated message to let you know that we have received your email, and are working hard to reply as soon as possible.

Don't

Emails will be responded to ... reply within 7-10 days (excludin...

If you have ... please reply ... separate request, as it may caus...

In the mean... https://distrokid.zendesk.com/

This email is a service from DistroKid. Delivered by Zendesk | Privacy Policy

**Valmiki Ramani** <valmiki.d.r@gmail.com> Mon, May 18, 2020 at 3:21 PM
To: DistroKid <support@distrokid.com>

When I signed up there was the $19.99, and $1 per month maintenance cost per song, and there was the money that would be deducted from songs sold of 9.1 cents persong.When you run a business you supposed to supply an invoice showing the cost incurred, and then ask for payment, not go into my account as if it's your piggy bank and take money out without my consent that is ... well you want me to ... you will have to show me the downloaded sales that were made, forget that little thing, very naughty this is ... not like trouble.
[Quoted text hidden]



https://mail.google.com/mail/u/0?ik=d5497ab...A1667049102246607188&simpl=msg-f%3A16670491...


cdbaby
SUPPORT
ACCOUNT SETTINGS
LOG OUT
TERMS OF SERVICE
DETAILED TRACK INFO
TRACK INFORMATION
GENRES/LOCATION/SOUNDS LIKE
DISTRIBUTION
ISRC
DD OPTIONS
TERRITORY RESTRICTIONS
LICENSING
SYNC LICENSING
UPLOAD AND CHECKOUT
SUBMIT ARTWORK
SUBMIT AUDIO
TITLE OVERVIEW
Downloads + Streaming services
Includes all download partners, plus streaming services like Spotify, Apple Music, Pandora, YouTube Music, Deezer, and more
Downloads Only
Includes only stores that sell downloads of your music and does not include streaming services that provide users with access to tracks they haven't purchased or previously owned. This will not include services like Spotify, Youtube, or Apple Music.
Do it all. Even unpaid.
Includes places that offer free downloads and streaming.
If you do not want to sell your music to a specific company, uncheck its box.
24-7
7digital
Amazon Music
Anghami
Apple iTunes
AWA
Boomplay
Deezer
Hungama
iHeartRadio
iMusica
InProdicon
KDigital
KKBox
Kuack
Line Music
MediaNet
Napster
Napster (2008-2012)
NetEase Cloud Music
Pandora
Qobuz
Resso
Saavn
Shazam
Slacker Radio
SoundExchange
Spotify
Tencent Music Entertainment (TME)
Tidal
TikTok
United Media Agency (UMA)
Yandex
YouTube Music & Google Play
Always exclude
Youtube and Google Play
The intentionally let this
one song go on youtube title
Don't

To make a payment by mail, insert the top portion in the enclosed envelope. Be sure the mailing address shows through the envelope window.

## MERRICK ACCOUNT SUMMARY

An amount with a minus sign (-) is a credit unless otherwise indicated.

Account Number 4120 6180 4884 3854
Billing Cycle Closing Date 08/11/20

### Summary of Account Activity

| | | |
|---|---|---|
| Previous Balance | | $2,438.48 |
| Payments | - | $307.00 |
| Other Credits | - | $19.06 |
| Purchases | + | $381.98 |
| Cash Advances | + | $0.00 |
| **Fees Charged** | + | **$0.00** |
| **Interest Charged** | + | **$40.67** |
| New Balance | | $2,535.07 |
| Past Due Amount | | $0.00 |
| Credit Limit | | $2,500.00 |
| Available Credit | | None |
| Days in Billing Cycle | | 32 |

**Customer Service 1-800-253-2322**. Our office hours are 24/7.

### Payment Information

| | |
|---|---|
| New Balance | $2,535.07 |
| Minimum Payment Due | $67.00 |
| Payment Due Date | 09/05/20 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee up to $40.00.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 10 years | $5,159 |
| $94 | 3 years | $3,366 *(Savings= $1,793)* |

If you would like information about credit counseling services, call 1-877-316-6322.

### Transactions, Payments and Credits

| Trans Date | | Item Description | Amount |
|---|---|---|---|
| 07/10 | 2449215JHRTSJJLF5 | THE HARRYFOX AGENCY 212-834-0100 NY | 25.10 |
| 07/10 | 2469216JG2XEJ3XQ4 | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/11 | 2469216JH2X6VJS7E | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/11 | 2469216JH2X6VJT8R | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/11 | 7412061JJ00XTMJGS | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 45.00 - |
| 07/13 | 2445388JL000G66GM | EASYSONGLICENSING.COM 612-5220751 MN | 26.09 |
| 07/13 | 7412061JK00XTMJGT | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 50.00 - |
| 07/14 | 2445388JM000G79HV | EASYSONGLICENSING.COM 612-5220751 MN | 26.09 |
| 07/14 | 2469216JL2X548ARD | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/14 | 7412061JL00XTMJGR | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 20.00 - |
| 07/15 | 2469216JM2XSADS7B | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/16 | F554900JV000Q0044 | ADJUSTMENT-PAYMENTS | 20.00 |
| 07/16 | 7412061JN00XTMJGN | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 20.00 - |
| 07/17 | 2445388JR000GJB90 | EASYSONGLICENSING.COM 612-5220751 MN | 26.09 |
| 07/17 | 2469216JP2XBN3Y4Q | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/19 | 7412061JT00XTMJGV | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 72.00 - |
| 07/21 | 2445388JW000GWHFN | EASYSONGLICENSING.COM 612-5220751 MN | 23.54 |
| 07/22 | 2469216JW2XKD3YRD | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/23 | 2469216JX2X9ZXB69 | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/23 | 7412061JX00XTMJGP | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 10.00 - |
| 07/24 | 7412061JY00XTMJGN | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 50.00 - |
| 07/25 | 2445388K0000HAVP0 | EASYSONGLICENSING.COM 612-5220751 MN | 23.54 |
| 07/26 | 2469216K02XQTEA7Q | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/27 | 7412061K100XTMJGX | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 30.00 - |
| 07/28 | 2445388K3000HHPBV | EASYSONGLICENSING.COM 612-5220751 MN | 23.54 |
| 07/28 | 7412061K200XTMJGS | PHONE PAYMENT-THANK YOU SOUTH JORDAN UT | 10.00 - |
| 07/29 | 2469216K32XQSAKM0 | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/29 | 2469216K32XQSANFG | AVL*CDBABY.COM 800-289-6923 OR | 14.95 |
| 07/30 | F554900K4000CE740 | COURTESY CREDIT | 18.99 - |
| 07/30 | F554900K4000MF740 | PURCHASE INTEREST CREDIT | 0.02 - |
| 07/31 | 2445388K6000HSY5W | EASYSONGLICENSING.COM 612-5220751 MN | 23.54 |
| 08/07 | F554900KC000MF740 | PURCHASE INTEREST CREDIT | 0.05 - |
| | | **Fees** | |
| | | **TOTAL FEES FOR THIS PERIOD** | **0.00** |
| | | **Interest Charged** | |
| 08/11 | | Interest Charge on Purchases | 40.67 |
| 08/11 | | Interest Charge on Cash Advances | 0.00 |
| | | **TOTAL INTEREST FOR THIS PERIOD** | **40.67** |

5-31 - 8-7 (63)



Valmiki Ramani <valmiki.d.r@gmail.com>

## CD Baby Purchase Confirmation

1 message

**CD Baby** <no-reply@cdbaby.com> Mon, May 3, 2021 at 1:27 AM
To: valmiki.d.r@gmail.com

CD Baby Purchase Confirmation

Hello valmiki,

We've received your order! Here is your order confirmation number for safe keeping:

**SO07312181**

### For your Standard Submission: Songs of 50th State

We're excited to help you spread your music far and wide, but before we can, make sure you have completed all the various sections of the submission process - from uploading cover art to selecting distribution territories. Not sure if you've completed all the required fields? You can check the status from your CD Baby Members Account by clicking "View/Edit" next to your title.

**IMPORTANT:** After you click "Submit for distribution," our inspectors will take a look. Once you submit for distribution, that may be the last time you'll be able to make edits so make sure it's your final product. If the inspectors find any issues preventing your music from being distributed, they will email you with further instructions. If your submission is approved by our inspectors, we will immediately begin delivering your music to our digital partners and you will receive a confirmation email. That's it! We're ready to bring your music to the world.

### IMPORTANT: If you've ordered Standard, or Pro distribution

We cannot begin distributing or selling your music until you've told us you're ready. To do so, please complete all the information on the Title Overview page in your account, then click "Submit for distribution."

Thank you so much for your support and feel free to Visit our Help Center if you have any questions.

| ITEM | DESCRIPTION | CREDIT APPLIED | PRICE |
|---|---|---|---|
| **Songs of 50th State** | | | |


cdbaby
SUPPORT
ACCOUNT SETTINGS
LOG OUT
Songs of 50th State
SONGS OF 50TH STATE
VALMIKI RAMANI
Artist Name
Valmiki Ramani
Record Label
Vrisol,Tm
UPC
617308722628
Release Date
5/13/2020
Primary Genre
Easy Listening
Secondary Genre
Easy Listening
Primary Subgenre
Love Songs
Secondary Subgenre
Love Songs
Mood/Style
Mood: Dreamy
Album Language
English
Artist Sounds Like
Add Info
Artist Location
United States - NY - New York City
CD BABY STANDARD
Submission Complete
SERVICE AGREEMENTS
RELEASE REQUIREMENTS
PAID
INSPECTION
PARTNER DELIVERY
Let's review your
mDetails/BasicAlbumInfo.aspx
AUDIO

## Wonderland by Night






Artist Name
Valmiki Ramani

Record Label
Vrisol,Tm

UPC
617308722635

Release Date
5/8/2020

Primary Genre
Easy Listening

Secondary Genre
Easy Listening

Primary Subgenre
Easy Pop

Secondary Subgenre
Easy Pop

Mood/Style
Mood: Dreamy

Album Language
English

Artist Sounds Like
Add Info

Artist Location
United States - New York

CD BABY STANDARD

**Submission Complete**

SERVICE AGREEMENTS >

RELEASE REQUIREMENTS

PAID

INSPECTION

## Love Me with All of Your Heart




 

Artist Name
Valmiki Ramani

Record Label
Vrisol,Tm

UPC
617308722642

Release Date
5/13/2020

Primary Genre
Easy Listening

Secondary Genre
Easy Listening

Primary Subgenre
Easy Pop

Secondary Subgenre
Love Songs

Mood/Style
Mood: Dreamy

Album Language
English

Artist Sounds Like
Add Info

Artist Location
United States - New York

CD BABY STANDARD

**Submission Complete**

SERVICE AGREEMENTS >

RELEASE REQUIREMENTS

PAID

INSPECTION

Let's re



Valmiki Ramani <valmiki.d.r@gmail.com>

**CD Baby Purchase Confirmation**
1 message

**CD Baby** <no-reply@cdbaby.com>
To: valmiki.d.r@gmail.com

Thu, May 6, 2021 at 1:31 AM

CD Baby Purchase Confirmation

Hello valmiki,

We've received your order! Here is your order confirmation number for safe keeping:

**SO07317473**

## For your Standard Submission: Love Me with All of Your Heart

We're excited to help you spread your music far and wide, but before we can, make sure you have completed all the various sections of the submission process - from uploading cover art to selecting distribution territories. Not sure if you've completed all the required fields? You can check the status from your CD Baby Members Account by clicking "View/Edit" next to your title.

**IMPORTANT:** After you click "Submit for distribution," our inspectors will take a look. Once you submit for distribution, that may be the last time you'll be able to make edits so make sure it's your final product. If the inspectors find any issues preventing your music from being distributed, they will email you with further instructions. If your submission is approved by our inspectors, we will immediately begin delivering your music to our digital partners and you will receive a confirmation email. That's it! We're ready to bring your music to the world.

## IMPORTANT: If you've ordered Standard, or Pro distribution

We cannot begin distributing or selling your music until you've told us you're ready. To do so, please complete all the information on the Title Overview page in your account, then click "Submit for distribution."

Thank you so much for your support and feel free to Visit our Help Center if you have any questions.

| ITEM | DESCRIPTION | CREDIT APPLIED | PRICE |
|---|---|---|---|
| **Love Me with All of Your Heart** | | | |

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

6-1-23 — Valmiki Ramani
Dated — Plaintiff's Signature

VALMIKI — D — Ramani
First Name — Middle Initial — Last Name

139-05 85 DR APT 6D
Street Address

BRIARWOOD — NY — 11435
County, City — State — Zip Code

716-291-2978 — valmiki.d.r@gmail.com
Telephone Number — Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.